# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KENYATA BRYANT,              ) | |
| )                             | |
| Plaintiffs,                ) | |
| )                             | CIVIL ACTION |
| v.                            ) | |
| )                             | FILE NO. 3:22-CV-00160-TCB |
| CHRIS JANOVSKY;               ) | |
| CHRIS CARPENTER;              ) | |
| ADAM ANDERSEN;                ) | |
| JEREMY GILMER and             ) | |
| CITY OF MANCHESTER,           ) | |
| GEORGIA,                      ) | |
| )                             | |
| Defendants.                ) | |
| )                             | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants Chris Janovsky, Chris Carpenter, Adam Andersen, Jeremy Gilmer, and the City of Manchester, Georgia, by and through their attorney, hereby respectfully move the Court for Summary Judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their Motion, Defendants rely upon the accompanying Defendants' Brief in Support of Their Motion for Summary Judgment, as well as all matters of record.

WHEREFORE, the Defendants respectfully pray that their Motion for Summary Judgment be granted, that the Court enter summary judgment in their favor and that the Plaintiff's claims be dismissed in their entirety.

Respectfully submitted, this 22nd day of January, 2024.

                                               **BENNETT LAW OFFICE, LLC**

                                               */s/ Matthew H. Bennett*
                                               Matthew H. Bennett
                                               Georgia Bar No. 123408
                                               Bennett Law Office, LLC
                                               1012 Memorial Drive, Suite 13
                                               Griffin, Georgia 30224
                                               Telephone: 678-688-3554
                                               Email: mhb@bennettlawofficellc.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Harry Daniels.

Submitted this 22nd day of January, 2024.

/s/Matthew H. Bennett
MATTHEW H. BENNETT
Georgia Bar No. 123408
Attorney for the Defendants

**BENNETT LAW OFFICE, LLC**
1012 Memorial Drive, Suite 13
Griffin, Georgia 30223
(678) 688-3554
(678) 688-3555 (Fax)
mhb@bennettlawofficellc.com